### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

NICHOLAS COLEMAN
ADC # 131846                                                                                    PLAINTIFF

V.                                          3:05CV00002 GH

DAN LANGSTON, Sheriff, Greene                                                       DEFENDANT
County, Arkansas

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 3rd day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE